KRISTIN A. LINSLEY, SBN 154148
 klinsley@gibsondunn.com
ROSEMARIE T. RING, SBN 220769
 rring@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

PERLETTE MICHÈLE JURA, SBN 242332
 pjura@gibsondunn.com
BRADLEY HAMBURGER, SBN 266916
 bhamburger@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant META PLATFORMS, INC.
(f/k/a Facebook, Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>META PLATFORMS, INC. (f/k/a Facebook, Inc.), a Delaware corporation,<br><br>  Defendant. | Case No. 3:22-cv-00051<br><br>**DEFENDANT META PLATFORMS, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Gibson, Dunn & Crutcher LLP

DEFENDANT META PLATFORMS, INC.'S CORPORATE DISCLOSURE STATEMENT AND
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 3:22-CV-00051

**CORPORATE DISCLOSURE STATEMENT AND**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**(Fed. R. Civ. P. 7.1 and Civ. L.R. 3-15)**

This Corporate Disclosure Statement is filed on behalf of Defendant Meta Platforms, Inc. (formerly Facebook, Inc.) in compliance with the provisions of Federal Rule of Civil Procedure 7.1(a). Undersigned counsel of record certifies that Meta Platforms, Inc. does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock. Meta Platforms, Inc. is a publicly held company organized under the laws of Delaware.

Pursuant to Civil Local Rule 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

These representations are made to enable the Court to evaluate possible disqualification or recusal. Meta Platforms, Inc. will supplement its disclosure if necessary.

Dated: January 5, 2022

GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Rosemarie T. Ring*
          Rosemarie T. Ring

*Attorneys for Defendant META PLATFORMS, INC. (f/k/a Facebook, Inc.)*

Gibson, Dunn & Crutcher LLP

2

DEFENDANT META PLATFORMS, INC.'S CORPORATE DISCLOSURE STATEMENT AND
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 3:22-CV-00051