**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JANE DOE,**<br><br>           Plaintiff,<br><br>     v.<br><br>**META PLATFORMS, INC.,**<br><br>           Defendant. | **Case No.: 4:22-CV-00051-YGR**<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The Court has reviewed the docket in this action and understands that a motion to dismiss will not be fully briefed until June 6, 2022. Accordingly, until the motion is fully briefed, the Court finds that a case management conference in this matter is premature and will reset it at a later date if appropriate. This order is not intended to be an indication as to the merits of the motion to dismiss.

**IT IS SO ORDERED**.

Dated: April 4, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**