Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Yaman Salahi (SBN 288752)
ysalahi@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (*pro hac vice* forthcoming)
jedelson@edelson.com
J. Eli Wade-Scott (*pro hac vice*)
ewadescott@edelson.com
Michael Ovca (*pro hac vice*)
movca@edelson.com
EDELSON PC
350 North LaSalle, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff and the Proposed Class*

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Rosemarie T. Ring (SBN 220769)
rring@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: 415.393.8200
Fax: 415.393.8306

Perlette Michèle Jura (SBN 242332)
pjura@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Tel: 213.229.7000
Fax: 213.229.7520

*Attorneys for Defendant Meta Platforms, Inc. (f/k/a Facebook, Inc.)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br>v.<br>META PLATFORMS, INC. (f/k/a Facebook, Inc.), a Delaware corporation,<br>*Defendant*. | Case No. 4:22-cv-00051-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER RE: MOTION TO DISMISS BRIEFING** |

Pursuant to Civil Local Rule 7-12, the parties respectfully submit this stipulation and proposed order regarding briefing on Defendant's pending motion to dismiss.

WHEREAS, Defendant Meta Platforms, Inc. filed a motion to dismiss on March 7, 2022 (Dkt. 22);

-1-

WHEREAS, pursuant to the briefing schedule adopted by the Court, Plaintiff Jane Doe's opposition to Defendant's motion is due on April 21, 2022, and Defendant's reply in support of its motion is due on June 6, 2022 (Dkt. 20);

WHEREAS, after reviewing Defendant's motion, Plaintiff's counsel determined that the default page limit of 25 pages would not enable Plaintiff to adequately address and respond to numerous complex issues raised by Defendant's motion, including but not limited to a choice-of-law analysis between Burma law and California law, the availability of an immunity defense under Section 230 of the Communications Decency Act of 1996, the applicable causation standard for Plaintiff's products liability and negligence causes of action, the application of the discovery rule and the statute of limitations, whether Defendant owed a duty of care to Plaintiff and members of the proposed Class, and whether Facebook's social media application constitutes a "product" under product liability law;

WHEREAS, Plaintiff's counsel has met and conferred with Defendant's counsel to request an additional ten pages for her opposition brief, for a total of 35 pages, and agreed to provide Defendant an additional ten pages for its reply brief, for a total of 25 pages;

WHEREAS, Defendant does not oppose Plaintiff's request;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that, subject to the Court's approval, Plaintiff's opposition brief may include up to 35 pages, and Defendant's reply brief may include up to 25 pages.

Dated: April 19, 2022                                Respectfully submitted,

                                                     By: /s/ Yaman Salahi

                                                     Rafey Balabanian (SBN 315962)
                                                     rbalabanian@edelson.com
                                                     Yaman Salahi (SBN 288752)
                                                     ysalahi@edelson.com
                                                     EDELSON PC
                                                     150 California Street, 18th Floor
                                                     San Francisco, California 94111
                                                     Tel: 415.212.9300

|    |                                                                                         |
|----|-----------------------------------------------------------------------------------------|
| 1  | Fax: 415.373.9435                                                                        |
| 2  | Jay Edelson (*pro hac vice* forthcoming)                                                 |
|    | jedelson@edelson.com                                                                     |
| 3  | J. Eli Wade-Scott (*pro hac vice*)                                                       |
|    | ewadescott@edelson.com                                                                   |
| 4  | Michael Ovca (*pro hac vice*)                                                            |
|    | movca@edelson.com                                                                        |
| 5  | Edelson PC                                                                               |
|    | 350 North LaSalle, 14th Floor                                                            |
| 6  | Chicago, Illinois 60654                                                                  |
|    | Tel: 312.589.6370                                                                        |
| 7  | Fax: 312.589.6378                                                                        |
| 8  | *Attorneys for Plaintiff Jane Doe and the Proposed Class*                                |

By: */s/ Rosemarie T. Ring*

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Rosemarie T. Ring (SBN 220769)
rring@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission St., Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Perlette Michèle Jura (SBN 242332)
pjura@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Tel: 213.229.7000
Fax: 213.229.7520

*Attorneys for Defendant Meta Platforms, Inc. (f/k/a Facebook, Inc.)*

**ATTESTATION OF ELECTRONIC SIGNATURE**

I hereby attest that pursuant to N.D. Cal. L.R. 5-1(i)(3), I have obtained the authorization from the above signatories representing Defendant to file the above-referenced document, and that the above signatories concur in the filing's content.

*/s/ Yaman Salahi*

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED**:

1. Plaintiff's opposition to Defendant's motion to dismiss may include up to 35 pages; and,

2. Defendant's reply to Plaintiff's opposition may include up to 25 pages.

ENTERED:  April 20 , 2022

Honorable ~~Yvette~~ **Yvonne** Gonzalez Rogers
United States District Court