| | |
|---|---|
| Rafey Balabanian (SBN 315962)<br>rbalabanian@edelson.com<br>Yaman Salahi (SBN 288752)<br>ysalahi@edelson.com<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, California 94111<br>Tel: 415.212.9300<br>Fax: 415.373.9435<br><br>Jay Edelson (*pro hac vice*)<br>jedelson@edelson.com<br>Roger Perlstadt (*pro hac vice*)<br>rperstadt@edelson.com<br>J. Eli Wade-Scott (*pro hac vice*)<br>ewadescott@edelson.com<br>Michael Ovca (*pro hac vice*)<br>movca@edelson.com<br>EDELSON PC<br>350 North LaSalle, 14th Floor<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378 | Kristin A. Linsley (SBN 154148)<br>klinsley@gibsondunn.com<br>Rosemarie T. Ring (SBN 220769)<br>rring@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, California 94105<br>Tel: 415.393.8200<br>Fax: 415.393.8306<br><br>Perlette Michèle Jura (SBN 242332)<br>pjura@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>Tel: 213.229.7000<br>Fax: 213.229.7520<br><br>*Attorneys for Defendant Meta Platforms, Inc. (f/k/a Facebook, Inc.)* |

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>          *Plaintiff*,<br>  v.<br><br>META PLATFORMS, INC. (f/k/a Facebook, Inc.), a Delaware corporation,<br><br>          *Defendant*. | Case No. 4:22-cv-00051-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER RE: MOTION TO DISMISS** |

      Pursuant to Civil Local Rule 7-12, the parties respectfully submit this stipulation and proposed order concerning the briefing schedule of Defendant's pending motion to dismiss. Specifically, the parties agree that the deadline for Defendant's reply in support of its motion to dismiss should be continued to June 23, 2022, to permit Defendant to depose Plaintiff's expert on June 9, 2022. The parties further agree that if Defendant submits an expert report in

-1-

support of its reply brief, Plaintiff may file a Sur-Reply and/or rebuttal report limited to the issues raised by Defendant's expert report on or before July 28, 2022.

WHEREAS, Defendant Meta Platforms, Inc. filed a motion to dismiss on March 7, 2022 (Dkt. 22);

WHEREAS, pursuant to the briefing schedule adopted by the Court, Plaintiff Jane Doe filed her opposition to Defendant's motion on April 21, 2022, Defendant's reply in support of its motion is due on June 6, 2022, and the hearing on said motion was set for June 21, 2022 at 2:00 pm (Dkt. 20);

WHEREAS, the Court approved the parties' stipulation and ordered the hearing on Defendant's motion to dismiss continued from June 21, 2022 at 2 p.m. to August 23, 2022 at 2:00 p.m. (Dkt. 38);

WHEREAS, Plaintiff submitted the Declaration of Andrew Harding in support of her opposition to Defendant's motion to dismiss (Dkts. 35-1, 36-1);

WHEREAS, pursuant to Local Civil Rule 30-1, on May 3, 2022, counsel for Defendant informed counsel for Plaintiff that Defendant intended to notice the deposition of Dr. Harding for May 18, 2022;

WHEREAS, through subsequent meet and confer, Plaintiff's counsel agreed to make Dr. Harding available for deposition on June 9, 2022, after the current deadline for Defendant's reply brief;

WHEREAS, the parties agree that the deadline for Defendants' reply brief should be continued to June 23, 2022, to ensure sufficient time for the deposition and preparation of a final transcript;

WHEREAS, the parties agree that if Defendant files an export report in response to Dr. Harding's report, Plaintiff should have the opportunity to depose Defendant's expert and to file a Sur-Reply and/or rebuttal report limited to the issues raised by Defendant's expert report and related arguments in Defendant's reply brief;

WHEREAS, the parties agree that if Defendant files an expert report in response to Dr. Harding's report, Plaintiff will depose Defendant's expert by July 14, 2022;

| | |
|---|---|
| 1 | WHEREAS, the parties agree that if Defendant files an expert report in response to Dr. Harding's report, Plaintiff may file a Sur-Reply and/or rebuttal report limited to the issues raised by Defendant's expert report by July 28, 2022; |
| 2 | WHEREAS, the parties further agree if Defendant does not file its own expert report, Plaintiff must seek leave of the Court to file a Sur-Reply, if appropriate; |
| 3 | WHEREAS, consistent with Paragraph 3 of the Court's standing order regarding changes to the Court's calendar, the parties respectfully submit that there is good cause to change the current briefing schedule to allow Defendant to take the deposition of Dr. Harding, that no prejudice will result to either side from doing so, and that the proposed schedule will allow the Court more than two weeks from the filing of Defendant's reply brief (or a potential Sur-Reply brief from Plaintiff) before the scheduled hearing date; |


WHEREAS, the parties agree that if Defendant files an expert report in response to Dr. Harding's report, Plaintiff may file a Sur-Reply and/or rebuttal report limited to the issues raised by Defendant's expert report by July 28, 2022;

WHEREAS, the parties further agree if Defendant does not file its own expert report, Plaintiff must seek leave of the Court to file a Sur-Reply, if appropriate;

WHEREAS, consistent with Paragraph 3 of the Court's standing order regarding changes to the Court's calendar, the parties respectfully submit that there is good cause to change the current briefing schedule to allow Defendant to take the deposition of Dr. Harding, that no prejudice will result to either side from doing so, and that the proposed schedule will allow the Court more than two weeks from the filing of Defendant's reply brief (or a potential Sur-Reply brief from Plaintiff) before the scheduled hearing date;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval, that Defendant's reply brief will be due on June 23, 2022, and that if Defendant submits an expert report in support of its reply brief, Plaintiff may file a Sur-Reply and/or rebuttal report limited to the issues raised by Defendant's expert report on or before July 28, 2022.

Dated: May 13, 2022	Respectfully submitted,

By: /s/   *Yaman Salahi*

Rafey Balabanian (SBN 315962)
rbalabanian@edelson.com
Yaman Salahi (SBN 288752)
ysalahi@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

Jay Edelson (*pro hac vice*)
jedelson@edelson.com
*Roger Perlstadt* (pro hac vice)
rperstadt@edelson.com
J. Eli Wade-Scott (*pro hac vice*)

ewadescott@edelson.com
Michael Ovca (*pro hac vice*)
movca@edelson.com
Edelson PC
350 North LaSalle, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiff Jane Doe and the Proposed Class*

By: /s/     Rosemarie T. Ring

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Rosemarie T. Ring (SBN 220769)
rring@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission St., Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

Perlette Michèle Jura (SBN 242332)
pjura@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Tel: 213.229.7000
Fax: 213.229.7520

*Attorneys for Defendant Meta Platforms, Inc. (f/k/a Facebook, Inc.)*

## ATTESTATION OF ELECTRONIC SIGNATURE

I hereby attest that pursuant to N.D. Cal. L.R. 5-1(h)(3), I have obtained authorization from the above signatories representing Plaintiff to file the above-referenced document, and that the above signatories concur in the filing's content.

/s/     Rosemarie T. Ring

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

Defendant's reply in response to its motion to dismiss is due on June 23, 2022.

If Defendant submits an expert report in support of its reply brief, Plaintiff may file a Sur-Reply and/or rebuttal report limited to the issues raised by Defendant's expert report on or before July 28, 2022.

ENTERED: May 16, 2022

Honorable Yvonne Gonzalez Rogers
United States District Court