KRISTIN A. LINSLEY, SBN 154148
  klinsley@gibsondunn.com
ROSEMARIE T. RING, SBN 220769
  rring@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

PERLETTE MICHÈLE JURA, SBN 242332
  pjura@gibsondunn.com
BRADLEY J. HAMBURGER, SBN 266916
  bhamburger@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

Attorneys for Defendant META PLATFORMS, INC.,
(f/k/a Facebook, Inc.), a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>META PLATFORMS, INC., (f/k/a Facebook, Inc.), a Delaware corporation,<br><br>                    Defendant. | CASE NO. 4:22-CV-00051-YGR<br><br>**DEFENDANT META PLATFORMS, INC.'S STATEMENT OF RECENT DECISIONS IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br>Judge:        Hon. Yvonne Gonzalez Rogers |

Gibson, Dunn & Crutcher LLP

1    Pursuant to Civil Local Rule 7-3(d)(2), Defendant Meta Platforms, Inc. respectfully provides

2  notice of two recent decisions from the United States District Court for the Central District of

3  California.

4    *Jackson v. Airbnb, Inc.*, No. 22-3084, --- F. Supp. 3d ----, 2022 WL 16752071 (C.D. Cal. Nov.

5  4, 2022) (attached hereto as **Exhibit A**), addresses California law regarding legal duty, including under

6  recent California Court of Appeal precedent in *Doe No. 1 v. Uber Technologies, Inc.*, 79 Cal. App. 5th

7  410 (2022).  The decision also addresses the issue of whether an online service is a "product" subject

8  to products liability law in California.

9    *Jackson v. Airbnb, Inc.*, No. 22-3084, 2022 WL 16753197 (C.D. Cal. Nov. 4, 2022) (attached

10  hereto as **Exhibit B**), is relevant to issues regarding Section 230 protection for social media services.

11

12                                          Respectfully submitted,

13  Dated: December 13, 2022

14                                          GIBSON, DUNN & CRUTCHER LLP

15

16                                          By:        */s/ Rosemarie T. Ring*
                                                       Rosemarie T. Ring

17

18                                          Attorneys for Defendant META PLATFORMS, INC.,
                                            (f/k/a Facebook, Inc.), a Delaware corporation

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP