United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**META PLATFORMS, INC., ET AL.,**<br><br>　　　　　Defendants. | Case No.  4:22-cv-00051-YGR<br><br>**ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND** |

Defendant Meta Platforms, Inc. filed a motion to dismiss on March 7, 2022.  (Dkt. No. 22.) The motion came on for hearing on December 14, 2022 after being reset.

Having carefully considered the briefing and arguments submitted in this matter, and for the reasons set forth in detail on the record, the motion to dismiss is **GRANTED WITH LEAVE TO AMEND**.

As discussed on the record, and given the deficiencies identified with the complaint, the Court is not addressing every issued raised in the papers.  Since the Court does not reach immunity under the Communications Decency Act at this juncture, the administrative motion for leave to amend to file a surreply is denied as moot.  Parties are advised that their future filings shall contemplate the material contained in the proposed surreply to avoid extraneous briefing. Defendant is not precluded from renewing arguments in connection with a second motion to dismiss, but shall not raise new issues that could have been brought in connection with the first motion to dismiss.

It is **HEREBY ORDERED** that:

1. Plaintiff shall file her amended pleading within ninety (90) days of this order.

2. The parties shall submit their stipulated briefing schedule as soon as practicable but in no event later than January 20, 2023.

3. This Order terminates Docket Numbers 22 and 45.

**IT IS SO ORDERED.**

Dated: December 14, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**