| | |
|---|---|
| RAFEY S. BALABANIAN, SBN 315962<br>  rbalabanian@edelson.com<br>YAMAN SALAHI, SBN 288752<br>  ysalahi@edelson.com<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>Telephone:    415.212.9300<br><br>JAY EDELSON (*pro hac vice*)<br>  jedelson@edelson.com<br>ROGER J. PERLSTADT (*pro hac vice*)<br>  rperlstadt@edelson.com<br>J. ELI WADE-SCOTT (*pro hac vice*)<br>  ewadescott@edelson.com<br>MICHAEL OVCA (*pro hac vice*)<br>  movca@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>Telephone:    312.589.6370<br><br>EDWARD HAN (*pro hac vice*)<br>  rperlstadt@edelson.com<br>FIELDS PLLC<br>1701 Pennsylvania Avenue, NW, Suite 200<br>Washington, DC  20006<br>Telephone:    833.382.9816<br><br>*Attorneys for Plaintiff Jane Doe* | KRISTIN A. LINSLEY, SBN 154148<br>  klinsley@gibsondunn.com<br>ROSEMARIE T. RING, SBN 220769<br>  rring@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone:    415.393.8200<br><br>JACOB T. SPENCER (*pro hac vice*)<br>  jspencer@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, NW<br>Washington, DC  20036<br>Telephone:    617.921.2105<br><br>PERLETTE MICHÈLE JURA, SBN 242332<br>  pjura@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone:    213.229.7000<br><br>*Attorneys for Defendant*<br>*Meta Platforms, Inc. (f/k/a Facebook, Inc.)* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>META PLATFORMS, INC.<br>(f/k/a Facebook, Inc.),<br><br>   Defendant. | CASE NO. 4:22-cv-00051-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR RESPONSE TO AMENDED COMPLAINT**<br><br>Judge:         Hon. Yvonne Gonzalez Rogers<br>Courtroom:  Courtroom 1, 4th Floor |

Pursuant to the Court's December 14, 2022 Order Granting Motion to Dismiss with Leave to Amend (Dkt. 55), Plaintiff Jane Doe ("Plaintiff"), together with Defendant Meta Platforms, Inc. ("Defendant"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, on December 14, 2022, the Court granted Defendant's motion to dismiss Plaintiff's complaint;

WHEREAS, the Court ordered Plaintiff to file her amended complaint by March 14, 2023;

WHEREAS, the Court further ordered the parties to submit a stipulated briefing schedule for Defendant's response to the amended complaint;

WHEREAS, the parties have conferred and agreed on the briefing schedule set forth below;

THEREFORE, subject to the Court's approval, the parties hereby agree and stipulate that:

1. Defendant shall respond to the amended complaint on or before April 28, 2023;

2. Should Defendant respond by filing a motion to dismiss the amended complaint, the motion to dismiss shall be briefed on the following schedule:

| Event | Deadline |
| --- | --- |
| Plaintiff's opposition to motion to dismiss | June 12, 2023 |
| Defendant's reply in support of motion to dismiss | July 12, 2023 |

Dated: January 20, 2023         EDELSON PLLC

                                By:      /s/ Yaman Salahi
                                            Yaman Salahi

                                *Attorneys for Plaintiff Jane Doe*

Dated: January 20, 2023         GIBSON, DUNN & CRUTCHER LLP

                                By:      /s/ Rosemarie T. Ring
                                            Rosemarie T. Ring

                                *Attorneys for Defendant Meta Platforms, Inc.*
                                *(f/k/a Facebook, Inc.)*

* * *

**ECF ATTESTATION**

I, Rosemarie T. Ring, hereby attest that the concurrence in the filing of this document has been obtained by the above signatories.

Dated: January 20, 2023

<i>/s/ Rosemarie T. Ring</i><br>
Rosemarie T. Ring

* * *

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2023

Hon. Yvonne Gonzalez Rogers<br>
United States District Judge