# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF the Northern District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 4:22-cv-00051-YGR

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 01/05/2022

Date of judgment or order you are appealing: 01/25/2024

Docket entry number of judgment or order you are appealing: 77

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Jane Doe 1, Jane Doe 2

Is this a cross-appeal?  ○ Yes  ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:           State:           Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Roger Perlstadt         **Date** 02/23/2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Jane Doe 1, Jane Doe 2

Name(s) of counsel (if any):

Roger Perlstadt and Ryan Andrews, Edelson PC

Address: 350 North LaSalle St., 14th Floor, Chicago, IL 60654

Telephone number(s): 312-589-6370

Email(s): rperlstadt@edelson.com, randrews@edelson.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Meta Platforms, Inc.

Name(s) of counsel (if any):

Rosemarie T. Ring, Gibson, Dunn & Crutcher LLP

Address: One Embarcadero Center, Suite 2600, San Francisco, CA 94111-3715

Telephone number(s): 415-393-8200

Email(s): rring@gibsondunn.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                       2                            *New 12/01/2018*